IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

VIRGIL HOLT,

        Plaintiff,                    1:04 CV 6073 OWW WMW   PC

   vs.                             ORDER FINDING COMPLAINT
                                     STATES A COLORABLE CLAIM
                                     AND DIRECTING PLAINTIFF
                                     TO COMPLETE USM 285 FORMS

D. G. STOCKMAN, et al.,

        Defendants.

      Plaintiff is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff filed this action on August 11, 2003. The court has screened plaintiff's complaint pursuant to 28 U.S.C. § 1915A and finds that it appears to state cognizable claims for relief under 42 U.S.C. § 1983 against defendants Silva, Zavala, Mendoza, Martinez, Caldwell, Chrones, Sherman, Villareal, Vella, Means, Stockman, Marquez, Terrell, Gibson, and Cordova. Accordingly, it is HEREBY ORDERED that:

      1.    Service is appropriate for the following defendants:

             B. SILVA

             R. ZAVALA

|    |    |    |
|----|----|----|
| 1  |    | J. MENDOZA |
| 2  |    | M. F. MARTINEZ |
| 3  |    | T. J. CALDWELL |
| 4  |    | L. CHRONES |
| 5  |    | S. SHERMAN |
| 6  |    | W. R. VILLAREAL |
| 7  |    | M. VELLA |
| 8  |    | D. MEANS |
| 9  |    | D. G. STOCKMAN |
| 10 |    | L. MARQUEZ |
| 11 |    | R. M. TERRELL |
| 12 |    | R. GIBSON |
| 13 |    | J. P. CORDOVA |

2. The Clerk of the Court shall send to plaintiff fifteen USM-285 forms, fifteen summonses, a Notice of Submission of Documents form, an instruction sheet and a copy of the May 15, 2006, second amended complaint.

3. Within **thirty (30) days** from the date of this order, plaintiff shall complete the attached Notice of Submission of Documents and submit the completed Notice to the court with the following documents:

   a. Completed summons;

   b. One completed USM-285 form for each defendant listed above; and

   c. Sixteen copies of the endorsed second amended complaint filed May 15, 2006.

4. Plaintiff need not attempt service on defendants and need not request waiver of service. Upon receipt of the above-described documents, the court will direct the

United States Marshal to serve the above-named defendants pursuant to Federal Rule of Civil Procedure 4 without payment of costs.

5. <u>The failure to comply with this order will result in a recommendation that this action be dismissed</u>.

IT IS SO ORDERED.

**Dated:   September 3, 2008**          /s/  **William M. Wunderlich**
                                         UNITED STATES MAGISTRATE JUDGE