1
2
3
4
5
6
7
8

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

9   Virgil E. Holt,                            )   No. CV 1-04-6073-PHX-MHM
                                               )
10              Plaintiff,                      )   **ORDER**
                                               )
11   vs.                                        )
                                               )
12                                              )
     D. G. Stockman, et al.,                    )
13                                              )
                Defendants.                     )
14                                              )
                                                )
15

16
17      In reviewing this case, the Court notes that Defendants R. Gibson and R. Leon have not

been served (Docs. ## 57, 81).  Accordingly,
18
19      **IT IS ORDERED** directing Plaintiff to show cause within 14 days from the date of this

Order why this action should not be dismissed against Defendants R. Gibson and R. Leon
20
for Plaintiff's failure to serve pursuant to Federal Rule of Civil Procedure 4(m).  Plaintiff is
21
advised that if he fails to show cause within the designated time, the action will be dismissed
22
against the named Defendants without further notice to Plaintiff.
23
     DATED this 20th day of August, 2009.
24

25

26
     _____
27                      Mary H. Murgula
                  United States District Judge
28