1
2
3
4
5
6
7
8

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

9   Virgil E. Holt,                              )   No. CV 1-04-6073-PHX-MHM
                                                 )
10              Plaintiff,                        )   **ORDER**
                                                 )
11   vs.                                          )
                                                 )
12                                                )
     D. G. Stockman, et al.,                      )
13                                                )
                Defendants.                       )
14                                                )
                                                 )
15   _____ )

16
17   In reviewing this case, the Court notes that Defendants W.R. Villareal, M.T. Cisneros,
18   and Mr. Yamamoto were served on February 27, May 15, and May 18, 2009, respectively
19   (Docs. ## 76, 82, 83), but have not filed an answer or joined in the pending Motion to
     Dismiss (Doc. # 43). Accordingly,
20
     **IT IS ORDERED** allowing Defendants W.R. Villareal, M.T. Cisneros, and Mr.
21   Yamamoto 14 days from the date of this Order to join in the Motion to Dismiss.
22   DATED this 20th day of August, 2009.
23
24
25
26   _____
     Mary H. Murguia
27   United States District Judge
28