IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Virgil E. Holt, ) | No. CV 1-04-6073-PHX-MHM |
| ) | |
| Plaintiff, ) | **ORDER** |
| ) | |
| vs. ) | |
| ) | |
| D. G. Stockman, et al., ) | |
| ) | |
| Defendants. ) | |
| ) | |

Pending before the Court is Defendants' Motion for Leave to Depose Plaintiff. (Doc. # 99) Because Plaintiff is incarcerated, Defendants move pursuant to Federal Rule of Civil Procedure 30(a)(2)(B) to obtain leave of court to depose Plaintiff. Defendants assert that the deposition is necessary so that they may evaluate whether further law and motion or trial preparation is appropriate.

Good cause appearing,

**IT IS ORDERED** granting Defendants' Motion for Leave to Depose Plaintiff. (Doc. # 99)

DATED this 9th day of November, 2009.

Mary H. Murgula
United States District Judge