IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Virgil E. Holt,<br><br>    Plaintiff,<br><br>vs.<br><br>D. G. Stockman, et al.,<br><br>    Defendants. | No. CV 1-04-6073-PHX-MHM<br><br>**ORDER** |

    Pending before the Court is Plaintiff's Motion and Request for a Docket Sheet and, a Copy of All Documents Filed and Court Orders Entered Into Record from 3/1/10 Thr[ough] 6/1/10. Good cause appearing,

    **IT IS ORDERED** granting Plaintiff's Motion. (Doc. # 128)

    **IT IS FURTHER ORDERED** directing the Clerk of the Court to send to Plaintiff a copy of the Docket Report as well as a copy of the following documents: Doc. ## 118, 119, 120, 121, 122, 123, 124, 125, 126.

    DATED this 13th day of July, 2010.

                                                         Mary H. Murguia<br>
                                                         United States District Judge