IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Virgil E. Holt,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>D. G. Stockman, et al.,<br><br>　　　　　Defendants. | No. CV 1-04-6073-MHM<br><br>**ORDER** |

　　Pending before the Court are a number of motions filed by Plaintiff Virgil E. Holt.  The Court will address each in turn.

**A.**　　**Motion and Request to Amend and Supplement Exhibit "A" of Plaintiff's Reply to Defendant's Opposition to Plaintiff's Motion to Compel (Doc. 150)**

　　Plaintiff has filed a Motion to Amend and Supplement Exhibit "A" of Plaintiff's Reply to Defendant's Opposition to Plaintiff's Motion to Compel.  However, in light of the Court's previous denial of Plaintiff's Motion to Compel (Doc. 155), the Court will deny said motion as moot.

**B.**　　**Request (Motion) for Extension of Time to File "Joint Proposed Pretrial Statement" (Doc. 156)**

　　Plaintiff has moved for an extension of time to file the Joint Proposed Pretrial Statement. Defendants join in Plaintiff's request, noting that their motion for partial summary judgment is pending before the Court and that, if granted, the range of issues for trial would be

significantly narrowed and the parties would be better able to craft a meaningful pretrial order. Accordingly, the Court will grant Plaintiff's motion to extend time to file the Joint Proposed Pretrial Statement until after the Court rules on Defendants' Motion for Partial Summary Judgment.

**C.      Request (Motion) for Extension of Time to file Opposition to Defendants Motion for Summary Judgment (Doc. 157)**

Plaintiff had filed a Motion for Extension of Time to file Opposition to Defendants' Motion for Summary Judgment. Defendants not having opposed this request, and good cause appearing, the Court will grant Plaintiff's motion and extend the time for filing an opposition until April 22, 2011.

**D.      Motion and Request to Serve/(Supplement) Discovery Responses/Documents on Defendants (Doc. 158)**

Plaintiff has filed a Motion and Request to Serve/(Supplement) Discovery Responses/Documents on Defendants. Plaintiff asserts that he is now only able to produce the requested documents because his legal property had been missing and was only recently returned to him. Accordingly, good cause appearing, the Court will grant Plaintiff's motion.

**E.      Request (Motion) for Extension of Time to File Revised Motion to Compel (Doc. 160)**

Plaintiff has filed a Motion for Extension of Time to File a Revised Motion to Compel. Plaintiff notes that on February 22, 2011, the Court denied his original motion to compel without prejudice and granted him a twenty-one day extension of time to file a revised motion. (Doc. 135) Plaintiff notes that he has subsequently received discovery responses from Defendants and is currently revising his motion to compel. Accordingly, the Court will grant Plaintiff's motion and extend the time for filing a revised motion to compel until April 22, 2011. However, as the Court previously cautioned Plaintiff in its February 22, 2011 order, Plaintiff must identify with specificity the portion of each response that he deems to be inadequate and explain what is missing or what kind of information would be necessary to make the response adequate. In the event Plaintiff files a revised motion lacking such specificity, Plaintiff risks having the motion denied with prejudice.

1   Accordingly, based on the forgoing,

2   **IT IS ORDERED** denying as moot Plaintiff's Motion and Request to Amend and
3   Supplement Exhibit "A" of Plaintiff's Reply to Defendant's Opposition to Plaintiff's Motion
4   to Compel. (Doc. 150)

5   **IT IS FURTHER ORDERED** granting Plaintiff's Motion for Extension of Time to File
6   the Joint Proposed Pretrial Statement.  (Doc. 156)

7   **IT IS FURTHER ORDERED** that the Joint Proposed Pretrial Statement will be due after
8   the Court rules on Defendants' Motion for Partial Summary Judgment.

9   **IT IS FURTHER ORDERED** granting Plaintiff's Motion for Extension of Time to file
10  Opposition to Defendants Motion for Summary Judgment (Doc. 157).

11  **IT IS FURTHER ORDERED** granting Plaintiff until April 22, 2011, to file his
12  opposition.

13  **IT IS FURTHER ORDERED** granting Plaintiff's Motion to Serve/(Supplement)
14  Discovery Responses/Documents on Defendants.  (Doc. 158)

15  **IT IS FURTHER ORDERED** granting Plaintiff's Motion for Extension of Time to File
16  Revised Motion to Compel. (Doc. 160)

17  **IT IS FURTHER ORDERED** granting Plaintiff until April 22, 2011, to file his revised
18  motion.

19  DATED this 4th day of April, 2011.

Mary H. Murguia
United States District Judge