IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Virgil E. Holt,<br><br>   Plaintiff,<br><br>vs.<br><br>D. G. Stockman, et al.,<br><br>   Defendants. | No. CV 1-04-6073<br><br>**ORDER** |

 On April 5, 2011, the Court granted Plaintiff's Motion for Extension of Time to File Opposition to Defendants' Motion for Summary Judgment and granted Plaintiff until April 22, 2011, to file his brief. On April 27, 2011, *after* the deadline for filing the opposition had passed, Plaintiff filed a Motion for Additional Discovery to Oppose Defendants' Motion for Partial Summary Judgment. Plaintiff having failed to comply with the Court's deadline for filing his opposition brief and having failed to show good cause for this failure,

 **IT IS ORDERED** denying Plaintiff's Motion for Additional Discovery to Oppose Defendants' Motion for Partial Summary Judgment. (Doc. 162)

 Having considered Defendants' Request (Motion) for Extension of Time to File and Serve Reply Brief in Support of Motion for Partial Summary Judgment, and good cause appearing,

 **IT IS FURTHER ORDERED** granting Defendants' motion. (Doc. 164)

1  **IT IS FURTHER ORDERED** granting Defendants' request for a nine-day extension of
2  time, or until May 13, 2011, to file their reply brief.
3  DATED this 10th day of May, 2011.

_____
Mary H. Murguia
United States District Judge