1
2
3
4
5
6
7
8

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

9   Virgil E. Holt,                              )   No. CIV 1-04-6073-MHM
                                                 )
10                Plaintiff,                      )   **ORDER**
                                                 )
11   vs.                                          )
                                                 )
12   D.G. Stockman, et al.,                       )
                                                 )
13                Defendants.                     )
                                                 )
14   _____)

15

16        The Court is in receipt of Plaintiff's request to issue an amended order and writ of

17   habeas corpus [Doc. 190].

18        Good cause appearing, **IT IS ORDERED** granting the Plaintiff's Motion to Amend

19   the Writ of Habeas Corpus Ad Testificandum [Doc. 190].  An amended order and writ of

20   habeas corpus ad testificandum will issue concurrently with this order.

21        Dated this 13th day of March, 2012.

22
23
24
25                                        _____
                                          Mary H. Murguia
26                                        United States Circuit Judge
                                          designated as United States District Judge
27
28