IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Virgil E. Holt,<br><br>            Plaintiff,<br><br>vs.<br><br>D.G. Stockman, et al.,<br><br>            Defendants. | No. CIV 1-04-6073-MHM<br><br>**ORDER** |

The Court is in receipt of Plaintiff's request to issue an amended order and writ of habeas corpus [Doc. 190].

Good cause appearing, **IT IS ORDERED** granting the Plaintiff's Motion to Amend the Writ of Habeas Corpus Ad Testificandum [Doc. 190]. An amended order and writ of habeas corpus ad testificandum will issue concurrently with this order.

Dated this 13th day of March, 2012.

_____
Mary H. Murguia
United States Circuit Judge
designated as United States District Judge