IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

Virgil E. Holt,

    Plaintiff,

  v.

D.G. Stockman, et al.,

    Defendants,

O R D E R

No. CV 1-04-6073-MHM

The Court having been advised that a settlement has been reached,

IT IS ORDERED that this matter will be dismissed with prejudice on April 20, 2012 unless a stipulation to dismiss is filed prior to the dismissal date.

IT IS FURTHER ORDERED that the Clerk of Court shall dismiss the above matter on April 23, 2012 without further order of the Court.

IT IS FURTHER ORDERED vacating all pending deadlines/hearings, and denying as moot all pending motions.

Dated this 2nd day of April, 2012.

Mary H. Murguia
United States Circuit Judge
designated as United States District Judge