1

2

3

4

5

6               IN THE UNITED STATES DISTRICT COURT

7              FOR THE EASTERN DISTRICT OF CALIFORNIA

8   Virgil E. Holt,                    )        O R D E R
                                       )
9                    Plaintiff,        )
                                       )     No. CV 1-04-6073-MHM
10       v.                            )
                                       )
11  D.G. Stockman, et al.,             )
                                       )
12                                     )
                     Defendants,       )
13                                     )
    _____)
14

15

16      The Court having been advised that a settlement has been reached,

17      IT IS ORDERED that this matter will be dismissed with prejudice on April 20, 2012

    unless a stipulation to dismiss is filed prior to the dismissal date.
18
        IT IS FURTHER ORDERED that the Clerk of Court shall dismiss the above matter
19
    on April 23, 2012 without further order of the Court.
20
        IT IS FURTHER ORDERED vacating all pending deadlines/hearings, and denying
21
    as moot all pending motions.
22
        Dated this 2nd day of April, 2012.
23

24

25

26                                        Mary H. Murguia
                                          United States Circuit Judge
27                                        designated as United States District Judge

28