IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Virgil E. Holt,<br><br>    Plaintiff,<br><br>vs.<br><br>D. G. Stockman, et al.,<br><br>    Defendants. | No. CV 1-04-6073-MHM<br><br>ORDER |

Plaintiff Holt has filed a Motion for Transcripts of the 3/15/12 Settlement Conference (Doc. 198).

Because Magistrate Judge Craig M. Kellison presided over the Settlement Conference, IT IS ORDERED referring Plaintiff's Motion to Magistrate Judge Craig M. Kellison for ruling.

Dated this 15th day of October, 2012

_____
Mary H. Murguia
U.S. Circuit Court Judge
Designated as United States District Judge