IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Virgil E. Holt,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>D. G. Stockman, et al.,<br><br>　　　　Defendants. | No. CV 1-04-6073-MHM<br><br>ORDER |

　　　　Plaintiff Holt has filed a Motion for Transcripts of the 3/15/12 Settlement Conference (Doc. 198).

　　　　Because Magistrate Judge Craig M. Kellison presided over the Settlement Conference, IT IS ORDERED referring Plaintiff's Motion to Magistrate Judge Craig M. Kellison for ruling.

　　　　Dated this 15th day of October, 2012

　　　　　　　　　　　　　　　　　　　　　　　　　　　／s／ Mary H. Murguia
　　　　　　　　　　　　　　　　　　　　　　　　　　　Mary H. Murguia
　　　　　　　　　　　　　　　　　　　　　　　　　　　U.S. Circuit Court Judge
　　　　　　　　　　　　　　　　　　　　　　　　　　　Designated as United States District Judge